### Williams *v.* The State.

Lumpkin, P. J.   There was no error in admitting the testimony set out in one of the grounds of the motion for a new trial ; the other grounds thereof, complaining of the admission and exclusion of testimony, do not disclose what was the testimony to which they referred ; there was no error in charging upon the law of voluntary manslaughter ; the instructions especially excepted to were substantially correct and applicable to the case ; the requests to charge were properly refused, and there was sufficient evidence to warrant the verdict.

*Judgment affirmed.    All the Justices concurring, except Lewis, J., absent.*

Submitted May 19, — Decided June 4, 1902.

Conviction of manslaughter.　Before Judge Bennet.　Ware superior court.　March 27, 1902.

*J. L. Sweat, M. L. Mershon,* and *J. Walter Bennett,* for plaintiff in error.　*John W. Bennett, solicitor-general, Leon A. Wilson,* and *Toomer & Reynolds,* contra.